UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DWIGHT M. HOLLAND,<br><br>                    Plaintiff,<br><br>  vs.<br><br>JAMES W. DRAPER,<br><br>                    Defendant. | No. 12-CV-1409-JCC<br><br>**DEFENDANT'S ANSWER TO COMPLAINT** |

Defendant James W. Draper answers Plaintiff's Complaint (captioned as "Fair Credit Debt Collection Protection Act Violation Title 15 USC §1692) as follows:

1. Answering paragraph 1, Defendant denies the same because of a lack of information or belief as to the truth or falsity of the allegation.

2. Answering paragraph 2, Defendant denies the same because of a lack of information or belief as to the truth or falsity of the allegation.

3. Answering paragraph 3, Defendant admits that venue is proper.

4. Answering paragraph 4, Defendant denies the same because of a lack of information or belief as to the truth or falsity of the allegation.

ANSWER TO COMPLAINT -1
12-CV-1409-JCC

**JAMES W. DRAPER**
ATTORNEY AT LAW
400 – 108th Avenue NE, Suite 420
Bellevue, WA 98004
Phone: (425) 646-0104
Facsimile: (425) 646-2867

5. Answering paragraph 5, Defendant admits that Dwight Holland is a resident of Washington State but denies that he resides at 325 Washington Ave. So., Kent, Washington.

6. Answering paragraph 6, Defendant admits the same.

7. Answering paragraph 7, Defendant admits the same.

8. Answering paragraph 8, Defendant admits the same.

9. Answering paragraph 9, Defendant admits that he responded by letter dated April 24, 2012 and denies the remainder of said paragraph.

10. Answering paragraph 10, Defendant admits, for purposes of this litigation only, that he is a debt collector under the Fair Debt Collection Practices Act, and denies the remainder of said paragraph.

11. Answering paragraph 11, Defendant denies the same.

12. Answering paragraph 12, Defendant denies the same.

13. Answering paragraph 13, Defendant states that no response is necessary.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant prays for the following relief:

1. That Plaintiff's Complaint be dismissed with prejudice;

2. For an award of Defendant's costs and fees incurred herein according to 15 U.S.C. §1692k(a)(3)

3. For such other and further relief as to this Court deems just.

DATED: September 7, 2012

s/ James W. Draper
James W. Draper, Defendant
WSBA No. 9249
400 108th Ave. N.E., Suite 420

ANSWER TO COMPLAINT -2
12-CV-1409-JCC

**JAMES W. DRAPER**
ATTORNEY AT LAW
400 – 108th Avenue NE, Suite 420
Bellevue, WA 98004
Phone: (425) 646-0104
Facsimile: (425) 646-2867

                Bellevue, WA  98004
                (425) 646-0104
                jwdraper7@aol.com

## CERTIFICATE OF SERVICE

I certify that on this day a true and correct copy of this document was mailed via U.S. Mail, first class, postage prepaid, to:

Dwight M. Holland
325 Washington Ave. S., #332
Kent, WA  98032

    I certify under penalty of perjury under the laws of the State of Washington that the foregoing statement is true and correct.

DATED:    September 7, 2012        s/James W. Draper
                Bellevue, Washington        James W. Draper

ANSWER TO COMPLAINT -3
12-CV-1409-JCC

**JAMES W. DRAPER**
ATTORNEY AT LAW
400 – 108th Avenue NE, Suite 420
Bellevue, WA 98004
Phone:  (425) 646-0104
Facsimile:  (425) 646-2867