# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWIGHT HOLLAND,<br><br>                    Plaintiff,<br><br>    v.<br><br>JAMES W DRAPER,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C12-1409-JCC |

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    The Court has GRANTED Defendant's motion for summary judgment (Dkt. No. 30). All of Plaintiff's claims are DISMISSED with prejudice. The Clerk is respectfully directed to CLOSE this case.

    DATED this 8th day of May 2013.

                                                                                                           WILLIAM M. MCCOOL
                                                                                                            Clerk

                                                                                                            /s/ *Tim Farrell*
                                                                                                            Deputy Clerk